

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00530-CR

David **SALDIVAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11680
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 17, 2024.

_____
Lori I. Valenzuela, Justice